# Exhibit 1

# Dekaron Coin

| | |
|---|---|
| **Generated on:** | This page was generated by TSDR on 2025-03-27 16:58:23 EDT |
| **Mark:** | DEKARON COIN |
| **US Serial Number:** | 79331864 |
| **Application Filing Date:** | Dec. 28, 2021 |
| **US Registration Number:** | 7159507 |
| **Registration Date:** | Sep. 12, 2023 |
| **Register:** | Principal |
| **Mark Type:** | Trademark, Service Mark |
| **TM5 Common Status Descriptor:** |  LIVE/REGISTRATION/Issued and Active<br>The trademark application has been registered with the Office. |
| **Status:** | Registered. The registration date is used to determine when post-registration maintenance documents are due. |
| **Status Date:** | Sep. 12, 2023 |
| **Publication Date:** | Jun. 27, 2023 |

## Mark Information

| | |
|---|---|
| **Mark Literal Elements:** | DEKARON COIN |
| **Standard Character Claim:** | Yes. The mark consists of standard characters without claim to any particular font style, size, or color. |
| **Mark Drawing Type:** | 4 - STANDARD CHARACTER MARK |
| **Disclaimer:** | "COIN" |

## Related Properties Information

| | |
|---|---|
| **International Registration Number:** | 1640712 |
| **International Registration Date:** | Dec. 28, 2021 |

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

| | |
|---|---|
| **For:** | Automated teller machines [ATM]; smartphones; playing devices for sound and image carriers; humanoid robots with artificial intelligence for use in scientific research; downloadable virtual reality game software; computer game software downloadable from a global computer network for playing games; downloadable computer programs for video and computer games; downloadable computer software for encryption; downloadable software for processing images, graphics and text; downloadable computer software for controlling and managing access server applications; downloadable computer operating software; downloadable electronic game programs; downloadable computer software for authorising access to databases; downloadable computer software for wireless content delivery; downloadable credit screening software; network servers; downloadable music files; downloadable graphics for mobile phones; encoded identity cards; operating and user instructions for computers and computer software stored on digital storage media, in particular on floppy disks or CD-ROM |
| **International Class(es):** | 009 - Primary Class |
| **U.S Class(es):** | 021, 023, 026, 036, 038 |
| **Class Status:** | ACTIVE |
| **For:** | Virtual money brokerage; financing services; processing of credit card payments; trustee services; on-line real-time currency trading; bill payment services provided through a website; money wiring services; capital investment services; electronic transfer of money; trading in securities; currency exchange services; providing insurance information; providing financial information via a website; financial management; financial consultancy; rental of real estate; credit counseling services; antique appraisal; jewelry appraisal; charitable fund raising |

| | |
|---|---|
| **International Class(es):** | 036 - Primary Class |
| **U.S Class(es):** | 100, 101, 102 |
| **Class Status:** | ACTIVE |

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | No | **Currently Use:** | No |
| **Filed ITU:** | No | **Currently ITU:** | No |
| **Filed 44D:** | No | **Currently 44D:** | No |
| **Filed 44E:** | No | **Currently 44E:** | No |
| **Filed 66A:** | Yes | **Currently 66A:** | Yes |
| **Filed No Basis:** | No | **Currently No Basis:** | No |

## Current Owner(s) Information

**Owner Name:** Ubifunstudio Co., Ltd.

**Owner Address:** 2F, 529, Nonhyeon-ro,
Gangnam-gu Seoul 06126
KOREA, REPUBLIC OF

**Legal Entity Type:** CORPORATION     **State or Country Where Organized:** KOREA, REPUBLIC OF

## Attorney/Correspondence Information

### Attorney of Record

| | | | |
|---|---|---|---|
| **Attorney Name:** | Hun Joon Kim | **Docket Number:** | STP20230038 |
| **Attorney Primary Email Address:** | usptotm@lexipgroup.com | **Attorney Email Authorized:** | Yes |

### Correspondent

**Correspondent Name/Address:** Hun Joon Kim
LEX IP Meister, PLLC.
5160 Parkstone Drive, Suite 140
Chantilly, VIRGINIA UNITED STATES 20151

**Phone:** 703-263-9390

**Correspondent e-mail:** usptotm@lexipgroup.com dhkim@lexipgroup.com ckim@lexipgroup.com     **Correspondent e-mail Authorized:** Yes

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Jan. 02, 2024 | FINAL DECISION TRANSACTION PROCESSED BY IB | |
| Dec. 13, 2023 | FINAL DISPOSITION NOTICE SENT TO IB | |
| Dec. 12, 2023 | FINAL DISPOSITION PROCESSED | 70029 |
| Dec. 12, 2023 | FINAL DISPOSITION NOTICE CREATED, TO BE SENT TO IB | |
| Sep. 12, 2023 | NOTICE OF REGISTRATION CONFIRMATION EMAILED | |
| Sep. 12, 2023 | REGISTERED-PRINCIPAL REGISTER | |
| Jul. 21, 2023 | NOTIFICATION OF POSSIBLE OPPOSITION - PROCESSED BY IB | |
| Jun. 28, 2023 | NOTIFICATION OF POSSIBLE OPPOSITION SENT TO IB | |
| Jun. 28, 2023 | NOTIFICATION OF POSSIBLE OPPOSITION CREATED, TO BE SENT TO IB | |
| Jun. 27, 2023 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Jun. 27, 2023 | PUBLISHED FOR OPPOSITION | |
| Jun. 26, 2023 | NOTIFICATION PROCESSED BY IB | |
| Jun. 07, 2023 | NOTIFICATION OF POSSIBLE OPPOSITION SENT TO IB | |
| Jun. 07, 2023 | NOTICE OF START OF OPPOSITION PERIOD CREATED, TO BE SENT TO IB | |
| Jun. 07, 2023 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| May 20, 2023 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| May 11, 2023 | TEAS/EMAIL CORRESPONDENCE ENTERED | |

| | |
|---|---|
| May 11, 2023 | CORRESPONDENCE RECEIVED IN LAW OFFICE |
| May 11, 2023 | TEAS RESPONSE TO OFFICE ACTION RECEIVED |
| Jan. 04, 2023 | REFUSAL PROCESSED BY IB |
| Dec. 13, 2022 | NON-FINAL ACTION MAILED - REFUSAL SENT TO IB |
| Dec. 13, 2022 | REFUSAL PROCESSED BY MPU |
| Oct. 01, 2022 | NON-FINAL ACTION (IB REFUSAL) PREPARED FOR REVIEW |
| Sep. 30, 2022 | NON-FINAL ACTION WRITTEN |
| Sep. 30, 2022 | ASSIGNED TO EXAMINER |
| Feb. 01, 2022 | APPLICATION FILING RECEIPT MAILED |
| Jan. 28, 2022 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED |
| Jan. 27, 2022 | SN ASSIGNED FOR SECT 66A APPL FROM IB |

## International Registration Information (Section 66a)

| | | | |
|---|---|---|---|
| **International Registration Number:** | 1640712 | **International Registration Date:** | Dec. 28, 2021 |
| **Priority Claimed Flag:** | Yes | **Date of Section 67 Priority Claim:** | Dec. 10, 2021 |
| **Intl. Registration Status:** | REQUEST FOR EXTENSION OF PROTECTION PROCESSED | **Date of International Registration Status:** | Jan. 27, 2022 |
| **Notification of Designation Date:** | Jan. 27, 2022 | **Date of Automatic Protection:** | Jul. 27, 2023 |
| **International Registration Renewal Date:** | Dec. 28, 2031 | | |
| **First Refusal Flag:** | Yes | | |

## TM Staff and Location Information

**TM Staff Information - None**

**File Location**

| | | | |
|---|---|---|---|
| **Current Location:** | PUBLICATION AND ISSUE SECTION | **Date in Location:** | Sep. 12, 2023 |