# Exhibit 3

| | |
|---|---|
| **Generated on:** | This page was generated by TSDR on 2025-03-27 17:01:12 EDT |
| **Mark:** | DEKARON |

# DEKARON

| | | | |
|---|---|---|---|
| **US Serial Number:** | 98561698 | **Application Filing Date:** | May 21, 2024 |
| **Register:** | Principal | | |
| **Mark Type:** | Trademark, Service Mark | | |
| **TM5 Common Status Descriptor:** |  | | LIVE/APPLICATION/Under Examination<br><br>The trademark application has been accepted by the Office (has met the minimum filing requirements) and that this application has been assigned to an examiner. |
| **Status:** | A non-final Office action has been sent (issued) to the applicant. This is a letter from the examining attorney requiring additional information and/or making an initial refusal. The applicant must respond to this Office action. To view all documents in this file, click on the Trademark Document Retrieval link at the top of this page. | | |
| **Status Date:** | Dec. 09, 2024 | | |

## Mark Information

| | |
|---|---|
| **Mark Literal Elements:** | DEKARON |
| **Standard Character Claim:** | Yes. The mark consists of standard characters without claim to any particular font style, size, or color. |
| **Mark Drawing Type:** | 4 - STANDARD CHARACTER MARK |

## Related Properties Information

| | |
|---|---|
| **Claimed Ownership of US Registrations:** | 7159503, 7159507 |

## Foreign Information

| | | | |
|---|---|---|---|
| **Priority Claimed:** | Yes | | |
| **Foreign Application Number:** | 40-2024-0029585 | **Foreign Application Filing Date:** | Feb. 16, 2024 |
| **Foreign Application/Registration Country:** | Korea, South | | |

| | | | |
|---|---|---|---|
| **Priority Claimed:** | Yes | | |
| **Foreign Application Number:** | 40-2024-0029585 | **Foreign Application Filing Date:** | Feb. 16, 2024 |
| **Foreign Application/Registration Country:** | Korea, South | | |

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** (Based on 44(e)) VIRTUAL REALITY GAMING SOFTWARE; COMPUTER GAME SOFTWARE AVAILABLE FOR DOWNLOAD VIA

| | |
|---|---|
| For: | GLOBAL COMPUTER NETWORKS AND WIRELESS DEVICES; RECORDED COMPUTER GAME PROGRAM; DOWNLOADABLE VIDEO GAME SOFTWARE; DOWNLOADABLE SMARTPHONE GAME SOFTWARE; DOWNLOADABLE MUSIC FILES; DOWNLOADABLE COMPUTER SOFTWARE FOR ELECTRONIC WALLETS; DOWNLOADABLE COMPUTER GAME PROGRAMS; COMPUTER PROGRAM FOR NETWORK MANAGEMENT; NETWORK SERVER; COMPUTER SOFTWARE FOR DATABASE ACCESS; COMPUTER SOFTWARE FOR PROCESSING DIGITAL IMAGE FILES; DOWNLOADABLE COMPUTER SOFTWARE FOR DATA COLLECTION/ANALYSIS AND ORGANIZATION IN THE FIELD OF DEEP LEARNING; COMPUTER SOFTWARE FOR WIRELESS CONTENT TRANSMISSION; COMPUTER PROGRAMS FOR USER INTERFACE DESIGN; COMPUTER SOFTWARE FOR ENCRYPTION; COMPUTER SOFTWARE FOR CONTROLLING AND MANAGING ACCESS SUB-APPLICATIONS; SOFTWARE FOR VIDEO/GRAPHICS AND TEXT PROCESSING; DOWNLOADABLE GRAPHICS FOR MOBILE PHONES; COMPUTER; (Based on Intent To Use) DOWNLOADABLE COMPUTER GAME SOFTWARE VIA A GLOBAL COMPUTER NETWORK AND WIRELESS DEVICES; DOWNLOADABLE GRAPHICS FOR MOBILE PHONES; NETWORK SERVERS; DOWNLOADABLE COMPUTER GAME SOFTWARE FOR VIRTUAL WORLDS; DOWNLOADABLE COMPUTER GAME PROGRAMS; DOWNLOADABLE COMPUTER SOFTWARE FOR USE AS AN ELECTRONIC WALLET; DOWNLOADABLE MUSIC FILES; DOWNLOADABLE COMPUTER PROGRAMS FOR USER INTERFACE DESIGN; DOWNLOADABLE SOFTWARE FOR PROCESSING IMAGES, GRAPHICS AND TEXT; RECORDED COMPUTER GAME SOFTWARE; DOWNLOADABLE COMPUTER SOFTWARE FOR CONTROLLING AND MANAGING ACCESS SERVER APPLICATIONS; DOWNLOADABLE COMPUTER GAME SOFTWARE FOR USE ON MOBILE AND CELLULAR PHONES; DOWNLOADABLE COMPUTER SOFTWARE FOR PROCESSING DIGITAL IMAGES; DOWNLOADABLE COMPUTER SOFTWARE FOR AUTHORIZING ACCESS TO DATABASES; DOWNLOADABLE COMPUTER PROGRAMS FOR VIDEO AND COMPUTER GAMES; DOWNLOADABLE COMPUTER SOFTWARE FOR WIRELESS CONTENT DELIVERY; DOWNLOADABLE COMPUTER SOFTWARE FOR ENCRYPTION; DOWNLOADABLE COMPUTER PROGRAMS FOR NETWORK MANAGEMENT; DOWNLOADABLE COMPUTER SOFTWARE FOR COLLECTING, ANALYZING AND ORGANIZING DATA IN THE FIELD OF DEEP LEARNING |
| International Class(es): | 009 - Primary Class |
| U.S Class(es): | 021, 023, 026, 036, 038 |
| Class Status: | ACTIVE |
| For: | (Based on 44(e)) GAME MACHINE RENTAL BUSINESS; GAME CENTER SERVICE INDUSTRY; GAME CENTER PROVIDER; EDUCATION TESTING INDUSTRY; ONLINE PROVISION OF COMIC BOOKS AND GRAPHIC NOVELS THAT CANNOT BE DOWNLOADED; NEWS REPORTING SERVICE INDUSTRY; RECREATION INFORMATION PROVISION BUSINESS; ORGANIZATION OF CULTURAL AND ARTISTIC EVENTS; ORGANIZATION OF EXHIBITIONS FOR CULTURAL AND EDUCATIONAL PURPOSES; VIDEO RECORDING SERVICE BUSINESS; VIDEO GAME ROOM SERVICE INDUSTRY; PHOTOGRAPHY BUSINESS; BOOK PUBLISHING INDUSTRY; SEMINAR PREPARATION/CONDUCT/ORGANIZATION; SCENARIO WRITING BUSINESS; BUSINESS OF PROVIDING USER REVIEWS FOR ENTERTAINMENT OR CULTURAL PURPOSES; AMUSEMENT EQUIPMENT RENTAL BUSINESS; ONLINE COMPUTER GAME PROVISION BUSINESS; ELECTRONIC GAME SERVICE INDUSTRY THROUGH THE INTERNET; COMPUTER EDUCATION TRAINING BUSINESS; (Based on Intent To Use) ENTERTAINMENT SERVICES, NAMELY, PROVIDING ON-LINE COMPUTER GAMES; ORGANIZING CULTURAL AND ARTS EVENTS; COMPUTER EDUCATION TRAINING; PROVIDING ONLINE NON-DOWNLOADABLE COMIC BOOKS AND GRAPHIC NOVELS; PROVIDING AMUSEMENT ARCADE SERVICES; AMUSEMENT ARCADE SERVICES; ELECTRONIC GAMES SERVICES PROVIDED BY MEANS OF THE INTERNET; EDUCATIONAL EXAMINATION SERVICES; PHOTOGRAPHY SERVICES; VIDEO RECORDING SERVICES; ORGANIZATION OF EXHIBITIONS FOR CULTURAL OR EDUCATIONAL PURPOSES; VIDEO ARCADE SERVICES; BOOK PUBLISHING; SCREENPLAY WRITING; PROVIDING INFORMATION IN THE FIELD OF RECREATION; NEWS REPORTER SERVICES; ARRANGING, CONDUCTING AND ORGANIZATION OF SEMINARS; PROVIDING USER REVIEWS FOR ENTERTAINMENT OR CULTURAL PURPOSES |
| International Class(es): | 041 - Primary Class |
| U.S Class(es): | 100, 101, 107 |
| Class Status: | ACTIVE |

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| Filed Use: | No | Currently Use: | No |
| Filed ITU: | Yes | Currently ITU: | Yes |
| Filed 44D: | Yes | Currently 44D: | Yes |
| Filed 44E: | No | Currently 44E: | No |
| Filed 66A: | No | Currently 66A: | No |
| Filed No Basis: | No | Currently No Basis: | No |

## Current Owner(s) Information

| | | | |
|---|---|---|---|
| Owner Name: | Ubifunstudio Co., Ltd. | | |
| Owner Address: | 529, Nonhyeon-ro<br>2F, Marine Building<br>Gangnam-gu, Seoul KOREA, REPUBLIC OF 06126 | | |
| Legal Entity Type: | CORPORATION | State or Country Where Organized: | KOREA, REPUBLIC OF |

## Attorney/Correspondence Information

**Attorney of Record**

| | | | |
|---|---|---|---|
| **Attorney Name:** | Michael J. MacDermott | **Docket Number:** | 255483 |
| **Attorney Primary Email Address:** | pto@lewisroca.com | **Attorney Email Authorized:** | Yes |

### Correspondent

| | | | |
|---|---|---|---|
| **Correspondent Name/Address:** | Michael J. MacDermott<br>Lewis Roca Rothgerber Christie LLP<br>P.O. Box 29001<br>Glendale, CALIFORNIA United States 91209-9001 | | |
| **Phone:** | 626-795-9900 | **Fax:** | 626-577-8800 |
| **Correspondent e-mail:** | pto@lewisroca.com gary.nelson@wbd-us.com | **Correspondent e-mail Authorized:** | Yes |

### Domestic Representative

| | | | |
|---|---|---|---|
| **&nbspDomestic Representative Name:** | Lewis Roca Rothgerber Christie LLP | **Phone:** | 626-795-9900 |
| **Fax:** | 626-577-8800 | | |
| **&nbspDomestic Representative e-mail:** | pto@lewisroca.com | **&nbspDomestic Representative e-mail Authorized:** | Yes |

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Mar. 10, 2025 | APPLICATION EXTENSION GRANTED/RECEIPT PROVIDED | |
| Mar. 10, 2025 | APPLICATION EXTENSION TO RESPONSE PERIOD - RECEIVED | |
| Dec. 09, 2024 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | |
| Dec. 09, 2024 | NON-FINAL ACTION E-MAILED | |
| Dec. 09, 2024 | NON-FINAL ACTION WRITTEN | |
| Dec. 05, 2024 | ASSIGNED TO EXAMINER | 81095 |
| Nov. 25, 2024 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED | |
| May 21, 2024 | NEW APPLICATION ENTERED | |

## TM Staff and Location Information

### TM Staff Information

| | | | |
|---|---|---|---|
| **TM Attorney:** | LAPTER, ALAIN | **Law Office Assigned:** | LAW OFFICE 105 |

### File Location

| | | | |
|---|---|---|---|
| **Current Location:** | TMEG LAW OFFICE 105 | **Date in Location:** | Dec. 09, 2024 |