# Exhibit 4



Try the **Copyright Public Records System (CPRS)** pilot with enhanced search features and filters.



# Public Catalog

Copyright Catalog (1978 to present) at DC4
Search Request: Left Anchored Title = DEKARON
Search Results: Displaying 1 of 1 entries

### *DEKARON.*

| | |
|---:|:---|
| **Type of Work:** | Computer File |
| **Registration Number / Date:** | TX0009436663 / 2024-09-27 |
| **Application Title:** | DEKARON. |
| **Title:** | DEKARON. |
| **Description:** | Electronic Deposit. |
| **Copyright Claimant:** | Ubifunstudio Co., Ltd., Transfer: By written agreement. Address: 2F, Marine Building, 529, Nonhyeon-ro, Gangnam-gu, Seoul, 06126, Korea, South. |
| **Date of Creation:** | 2004 |
| **Date of Publication:** | 2005-05-03 |
| **Nation of First Publication:** | Korea, South |
| **Authorship on Application:** | NEXON Games Co., Ltd., employer for hire; Domicile: Korea, South; Citizenship: Korea, South. Authorship: computer program. |
| **Rights and Permissions:** | Jiwook Shin, Ubifunstudio Co., Ltd., 2F, MarineBuilding, 529, Nonhyeon-ro, Gangnam-gu, Seoul, 06126, Korea, South, +82-2-2194-9734, financeteam@ubifun.com |
| **Names:** | NEXON Games Co., Ltd. |
| | Ubifunstudio Co., Ltd. |





Help  Search  History  Titles  Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |
Copyright Office Home Page  |  Library of Congress Home Page