# Exhibit 5

REGISTRATION NUMBER   S-2005-001386-4



# CERTIFICATE OF COPYRIGHT TRANSFER REGISTRATION

| | |
|---|---|
| 1. TITLE OF WORK | DEKARON |
| 2. CATEGORY OF WORK | Computer Program Copyrights > Application Program > Entertainment > Online Game Software |
| 3. NAME OF ASSIGNEE | Ubifunstudio Co.,Ltd.<br>Yeoksam-ro 25-gil, Gangnam-gu, Seoul, Republic of Korea |
| 4. DATE OF BIRTH<br>(CORPORATION REGISTRATION NUMBER) | 110111-5958355 |
| 5. NAME OF ASSIGNOR | Decaron Project Co., Ltd.<br>Dosan-daero 8-gil, Gangnam-gu, Seoul, 06039, Republic of Korea |
| 6. DATE OF BIRTH<br>(CORPORATION REGISTRATION NUMBER) | 110111-5664639 |
| 7. DATE OF REGISTRATION | 2016.05.10 |
| 8. PARTICULARS FOR REGISTRATION | Contract for assignment of the whole copyright share ratio(May 10, 2016) |

THIS IS TO CERTIFY THAT, IN ACCORDANCE WITH ARTICLE 54 OF THE COPYRIGHT ACT, THE ABOVE IS DULY REGISTERED ON THE REGISTER.

2025.02.11

KOREA COPYRIGHT COMMISSION







REGISTRATION NUMBER    S-2005-001386-6



# CERTIFICATE OF COPYRIGHT TRANSFER REGISTRATION

| | |
|---|---|
| 1. TITLE OF WORK | DEKARON |
| 2. CATEGORY OF WORK | Computer Program Works > Application Program > Entertainment > Online Game Software |
| 3. NAME OF PLEDGEE | Ubifunstudio Co.,Ltd.<br>529 Nonhyeon-ro, Gangnam-gu, Seoul, Republic of Korea |
| 4. DATE OF BIRTH<br>(CORPORATION REGISTRATION NUMBER) | 110111-5958355 |
| 5. NAME OF PLEDGER | Seowonwee Co., Ltd.<br>85 Yanghwa-ro, Mapo-gu, Seoul, Republic of Korea |
| 6. DATE OF BIRTH<br>(CORPORATION REGISTRATION NUMBER) | 110111-4834952 |
| 7. DATE OF REGISTRATION | 2019.10.04 |
| 8. PARTICULARS FOR REGISTRATION | Extinction of Pledge Due to Debt Repayment ( September 5, 2019) |

THIS IS TO CERTIFY THAT, IN ACCORDANCE WITH ARTICLE 54 OF THE COPYRIGHT ACT, THE ABOVE IS DULY REGISTERED ON THE REGISTER.

2025.02.11

KOREA COPYRIGHT COMMISSION

