# Exhibit 10

**ADDITIONAL DEFENDANT INFORMATION**

1. On information and belief, on or around November 2021, Defendants distributed, copied, offered for sale, sold, and/or distributed copies of "Dekaron Olympus," launching a Facebook page and Discord page.





2. On information and belief, Defendants distributed, copied, offered for sale, sold, and/or distributed copies of "Talion Dekaron," launching multiple Discord pages.

3. On information and belief, on or around December 2024, Defendants distributed, copied, offered for sale, sold, and/or distributed copies of "Dekaron Origin," also launching multiple Discord pages.





4. On information and belief, on or around January 2024, Defendants distributed, copied, offered for sale, sold, and/or distributed copies of "Dekaron Romania," issuing announcements regarding new game features, and launching a Discord page.





4896-5321-2975.1

4

5. On information and belief, Defendants distributed, copied, offered for sale, sold, and/or distributed copies of "Flash Dekaron," also launching multiple Discord pages.

6. On information and belief, Defendants distributed, copied, offered for sale, sold, and/or distributed copies of "Blitz Official," also launching a Discord page.

7. On information and belief, on or around 2024, Defendants distributed, copied, offered for sale, sold, and/or distributed copies of "Dekaron Evolution," also launching a Discord page.



8. On information and belief, Defendants distributed, copied, offered for sale, sold, and/or distributed copies of "2Moons A9 7 Class," also launching a Discord page.



9. On information and belief, on or around November 2024, Defendants distributed, copied, offered for sale, sold, and/or distributed copies of "Dekaron Infernal," also launching a Facebook page and Discord page.



10. On information and belief, Defendants distributed, copied, offered for sale, sold, and/or distributed copies of "A9 Fortnite Dekaron," also launching a Discord page.

11. On information and belief, Defendants distributed, copied, offered for sale, sold, and/or distributed copies of "Dekaron Void A12," also launching a Facebook page and Discord page.







12. On information and belief, Defendants distributed, copied, offered for sale, sold, and/or distributed copies of "Axion 3 Dekaron," also launching a Discord page.



13. On information and belief, Defendants distributed, copied, offered for sale, sold, and/or distributed copies of "Titan's Wrath," also launching a Discord page.