UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
Eastern Division

Ubifunstudio Co., Ltd.

                                                          Plaintiff,

v.                                                                             Case No.:
                                                                                  1:25−cv−03543

                                                                                  Honorable Franklin U. Valderrama

THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS , AND ININCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A

                                                           Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, July 18, 2025:

      MINUTE entry before the Honorable Franklin U. Valderrama: For the reasons stated in the motion, as well as the declaration and exhibits submitted in support [10], the Court finds that Plaintiff has shown that, at this stage, the requirements of Fed. R. Civ. P. 20 are met. The Court therefore grants Plaintiff's motion for joinder [10]. The Court directs Plaintiff to file a status report regarding the status of service and anything else the Court should know about the status of the case on or before 8/18/2025. Mailed notice. (jcm)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.