**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| UBIFUNSTUDIO CO., LTD.,<br><br>　　Plaintiff,<br><br>v.<br><br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A HERETO,<br><br>　　Defendants. | Case No.: 1:25-cv-03543<br><br>District Judge Franklin U. Valderrama<br><br>Magistrate Judge Jeannice W. Appenteng |

**DECLARATION OF SERVICE**

I, Erica J. Van Loon, of the City of Los Angeles, in the State of California, declare as follows:

1. I am an attorney at law, duly admitted to practice before the Courts of the State of California and permanently admitted in the Northern District of Illinois. I am one of the attorneys for Plaintiff Ubifunstudio Co., Ltd. ("UbiFun" or "Plaintiff"). Except as otherwise expressly stated to the contrary, I have personal knowledge of the following facts and, if called as a witness, I could and would competently testify as follows:

2. On August 13, 2025, this Court entered a Temporary Restraining Order (the "Order"), permitting Plaintiff to provide service of process to Defendants pursuant to Federal Rule of Civil Procedure 4(f)(3) by (i) electronically publishing a link to the Complaint, the Order, and other relevant documents on a website; and by (ii) sending an e-mail with a link to said website to the e-mail addresses identified in Schedule A and any e-mail addresses provided for Defendants by third parties. Dkt. 22, ¶ 8.

4925-5303-2289.1

1.      I hereby certify that on August 21, 2025, I, or somebody under my direction, provided service of process to all defendants, in the manner described above, as permitted by the Court Order. Dkt. 22, ¶ 8.

2.      The completed Return of Service form is attached hereto.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 22, 2025

*s/ Erica J. Van Loon*
Erica J. Van Loon
Counsel for Plaintiff

4925-5303-2289.1