AO 440 (Rev. 06/12)  Summons in a Civil Action  - ILND Electronic Issuance 5/2025

# UNITED STATES DISTRICT COURT
for the

### Northern District of Illinois

| | |
|---|---|
| UBIFUNSTUDIO CO., LTD.,<br><br>*Plaintiff(s)*<br>v.<br><br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A HERETO,<br>*Defendant(s)* | Civil Action No. 1:25-cv-03543 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

"Han Nou" and all other Defendants identified in the Complaint that shall apply to all Defendants

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

NIXON PEABODY LLP
Erica Van Loon
300 S. Grand Avenue, Suite 41000
Los Angeles, CA 90071-3151

Matthew A. Werber
Peter Krusiewicz
70 W. Madison St., Suite 5200
Chicago, IL 60602

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

THOMAS G. BRUTON, CLERK

*/s/ Lucas Janica*

(By) DEPUTY CLERK



August 20, 2025

DATE

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2) - ILND Electronic Issuance 5/2025

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):*
I provided service as permitted by the Court's Temporary Restraining Order on August 21, 2025. Dkt. 22.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: August 21, 2025

*Server's signature*: Diler Cavdar

Diler Cavdar, Attorney
*Printed name and title*

55 West 46th Street, New York, NY 10036-4120
*Server's address*

Additional information regarding attempted service, etc: